UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       -v-                          :    **INDICTMENT**

CURTIS QUINONES,                   :    08 Cr. 114
    a/k/a "Sha,"                   :

               Defendant.    :

- - - - - - - - - - - - - - - - - - - x

ORIGINAL

FEB 11 2008

COUNT ONE

The Grand Jury charges:

1. On or about December 30, 2007, in the Southern District of New York, CURTIS QUINONES, a/k/a "Sha," the defendant, at a place within the special territorial jurisdiction of the United States, namely Federal Correctional Institution Otisville ("FCI Otisville"), did unlawfully, intentionally and knowingly assault another inmate, with the intent to commit murder by stabbing that inmate in the neck.

(Title 18, United States Code, Sections 7(3) and 113(a)).


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          UNITED STATES ATTORNEY